The People of the State of Colorado, Plaintiff-Appellee, v. Charles William Fletcher III, Defendant-Appellant. No. 18CA1614
Court of Appeals of Colorado, Third Division
December 16, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 99CR1397 Honorable
 Elizabeth A. Weishaupl, Judge
 
 
 
 OPINION
 
 
 
 FURMAN, JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Lipinsky and Brown, JJ., concur
 
 
 1